

Related DDJ

IN THE UNITED STATES DISTRICT COURT

FOR THE ~~EASTERN~~ DISTRICT OF CALIFORNIA
CENTRAL

<u>DEEN, KAMARU IBRAHIM * BN3955</u>     <u>2:21-CV-05375-VAP-AS</u>
(Name of Plaintiff)                              (Case Number)
<u>C.R.C. P.O. BOX 3535</u>
(Address of Plaintiff)
<u>NORCO, CA. 92860</u>

vs.                                              COMPLAINT

<u>LOS ANGELES COUNTY JAIL</u>

<u>& WASCO STATE PRISON</u>

_____
(Names of Defendants)

I. Previous Lawsuits: ⟺ CASE #: 2:21-CV-04589-VAP-AS

    A. Have you brought any other lawsuits while a prisoner:   ☑ Yes   ☐ No

    B. If your answer to A is yes, how many?: __1__   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

       1. Parties to this previous lawsuit:

         Plaintiff <u>MR. DEEN, KAMARU IBRAHIM'S CONSTITUTIONAL RIGHT OF FREEDOM OF RELIGION WAS VIOLATED THROUGH POWER ABUSE BY</u>
         Defendants <u>LOS ANGELES COUNTY SHERIFF'S DEPARTMENT OFFICER</u>

<u>FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>           Rev'd 5/99

2. Court (if Federal Court, give name of District; if State Court, give name of County)

CENTRAL DISTRICT COURT OF CALIFORNIA

3. Docket Number  2:21-cv-04589-VAP-AS

4. Name of judge to whom case was assigned  JUDGE VIRGINIA A. PHILIPS & U.S. MAGISTRATE JUDGE ALKA SAGAR

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)  PENDING / IN PROCESS

6. Approximate date of filing lawsuit  06/07/2021

7. Approximate date of disposition  N/A

II. Exhaustion of Administrative Remedies

A. Is there a grievance procedure available at your institution?   ☒ Yes   ☐ No

B. Have you filed a grievance concerning the facts relating to this complaint?
   ☒ Yes   ☐ No
   If your answer is no, explain why not _____

C. Is the grievance process completed?   ☒ Yes   ☐ No

III. Defendants

(In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

A. Defendant  BERTRAND et al  is employed as  PRISON OFFICER  at  WASCO STATE PRISON RECEPTION

B. Additional defendants  LOS ANGELES COUNTY JAIL (RECEPTION CENTER)

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

11/27/2019, I WAS ARRESTED @ THE LAX AIRPORT & SENT TO THE CUSTODY OF L.A. COUNTY JAIL WHERE THE PROPERTY IN MY POSSESSION WAS TAKEN FROM ME FOR SAFE KEEPING.
04/12/2021, I WAS CALLED OUT FOR PRISON TRANSFER BUT THERE WAS LACK OF TRANSPARENCY & PROCEDURAL COMPLIANCE IN RESPECT TO MY PROPERTIES WHICH LED TO A SUBSEQUENT DESTRUCTION OF MY VALUABLE LIFETIME DOCUMENTS THAT DEFINE ME IN SOCIETY & THE CORPORATE WORLD IN TERMS OF JOB OR ECONOMIC SUSTENANCE.

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

I WOULD LIKE THE COURT TO INSTILL OR ESTABLISH JUSTICE THROUGH MONETARY COMPENSATION OF AN AMOUNT OF $450,000.00

Signed this 27 day of JUNE, 20 21.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

06/27/2021
(Date)

_____
(Signature of Plaintiff)

3

# Proof Of Service By Mail:

I, Deen, Kamaru Ibrahim * BN3955, declare that I placed a true and correct copy of the following document(s).
1- A four (4) pages declaration statement
2- A Civil rights Acts 42 U.S.C. § 1983 Complaint form. (3 pages).
3- An FW-001 Request to waive Court fees form (2 pages).
4- A Proof Of Service
in a fully paid or stamped envelope and addressed it to:
U.S. Central District Court
Edward R. Roybal Bldg &
U.S. Courthouse
255 East Temple St.
Los Angeles, Ca. 90012.

I further declare that I followed institutional procedures for the processing of outgoing legal mail and turned the sealed envelope over to prison officials for mailing on the date below.
The foregoing is true and correct under penalty of perjury.
Executed by Deen, Kamaru Ibrahim * BN 3955
this 27th day of June 2021 at The California Rehabilitation Center, P.O. Box 3535, Norco, Ca. 92860.



FROM:
DEEN, KAMARU
CDC #: BN3955 -c-310-5
CALIFORNIA REHAB. CENTER
P.O. BOX 3535
NORCO, CA. 92860

LEGAL MAIL

RECEIVED
CLERK, U.S. DISTRICT COURT
JUL -1 2021
CENTRAL DISTRICT OF CALIFORNIA
BY ____ DEPUTY

TO: U.S. CENTRAL DISTRICT
EDWARD R. ROYBAL BLDG
& U.S. COURTHOUSE
255 EAST TEMPLE ST.
LOS ANGELES, CA. 90012